1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>J.R. CONKEY & ASSOCIATES, INC., a California corporation;<br>MARY L. CONKEY, an individual;<br><br>Defendant. | CASE NO.: 2:19-CV-02522-JAM-DB<br><br>**ORDER**<br><br>[Concurrently filed Stipulation to Continue Plaintiff's Motion for Summary Judgment]<br><br>**District Judge**: John A. Mendez<br><br>Action Filed: December 16, 2019<br>Trial Date:   None Set |

**ORDER**

THIS MATTER having been opened to the Court upon the stipulation of Plaintiff, GREAT AMERICAN INSURANCE COMPANY ("GAIC") and Defendants J.R. CONKEY & ASSOCIATES, INC., a California corporation ("jrca") and MARY L. CONKEY, an individual ("Mary Conkey") submitted by and through their counsel, seeking the entry of an Order granting a continuation of Plaintiff's Motion for Summary Judgment, or in the alternative Partial Summary Judgment, to August 25, 2020; and for good cause appearing therefrom:

IT IS ORDERED that Plaintiff's Motion for Summary Judgment, or in the alternative Partial Summary Judgment, be continued to August 25, 2020, and that all filing and service due dates for any Oppositions (and associated documents) and Replies be continued, calculated and due based upon the new August 25, 2020 hearing date.

ORDERED that a copy of this Order be served upon the parties within 1 day of its receipt by counsel for Plaintiff.

DATED:   June 24, 2020                    /s/ John A. Mendez
                                          Hon. John A. Mendez
                                          U.S. District Court Judge