# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>J.R. CONKEY & ASSOCIATES, INC., a California corporation;<br>MARY L. CONKEY, an individual;<br><br>Defendant. | CASE NO.: 2:19-CV-02522-JAM-DB<br><br>**ORDER TO DISMISS CASE WITH PREJUDICE AND RETAIN JURISDICTION**<br><br>Action Filed:  December 16, 2019<br>Trial Date:     None |

{2519 26565}                                        1
**ORDER TO DISMISS CASE WITH PREJUDICE AND RETAIN JURISDICTION**

PURSUANT to the Stipulation to Dismiss Case with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) by and between Plaintiff Great American Insurance Company, an Ohio corporation ("Plaintiff") and Defendant J.R. Conkey & Associates, Inc., a California corporation, and Defendant Mary Conkey (hereinafter "Defendants") (collectively referred to herein as the "Parties"), and good cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. The above captioned case is hereby dismissed with prejudice.

2. Each Party shall bear its own attorneys' fees, costs and expenses incurred in the case.

3. The Court shall retain jurisdiction to enforce the terms of the Parties' August 21, 2020 Settlement Agreement pending completion of the payments required thereunder until March 1, 2022, or thereafter as requested by Plaintiff in the event that any payments owed thereunder remain outstanding beyond March 1, 2022.

**IT IS SO ORDERED.**

DATED:   August 21, 2020          /s/ John A. Mendez
                                  John A. Mendez
                                  United States District Court Judge

{2519 26565}                      1
**ORDER TO DISMISS CASE WITH PREJUDICE AND RETAIN JURISDICTION**